Generated: Sep 18, 2026 8:31AM



# U.S. District Court

## Texas Western - San Antonio

Michelle Barrientes Vela

Receipt Date: Sep 18, 2026 8:31AM

Rcpt. No: 12958 Trans. Date: Sep 18, 2026 8:31AM Cashier ID: #KSCz (7460)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #1319684712 | 09/17/2026 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |

**Comments**: Case 5:26-cv-05993

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov